NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**FRANKLIN R. PERKINS,**
*Petitioner,*

**v.**

**DEPARTMENT OF THE AIR FORCE,**
*Respondent.*

---

2013-3070

---

Petition for review of the Merit Systems Protection Board in No. DA315I120162-I-1.

---

## ON MOTION

---

## O R D E R

Franklin R. Perkins moves to dismiss his petition.

Upon consideration thereof,

IT IS ORDERED THAT:

(1)  The motion is granted.  The petition is dismissed.

(2)  Each side shall bear its own costs.

FRANKLIN PERKINS V. AIR FORCE                        2

FOR THE COURT

/s/ Jan Horbaly
Jan Horbaly
Clerk

s21

Issued As A Mandate:  March 26, 2013